NVB 7055 (Rev. 1/18)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>THOMAS DELON LUKOW and GAYLE S. LUKOW ,<br>                    Debtor(s) | BK−20−16239−nmc<br>CHAPTER 7<br><br>Adversary Proceeding: 21−01033−nmc |
| LA PALOMA FUNERAL SERVICES, LLC<br>SIMPLE CREMATION, INC.<br>LA PALOMA PET CREMATION, INC.<br>BBBO, LLC<br>                    Plaintiff(s)<br><br>vs<br><br>THOMAS DELON LUKOW<br>PROSTAR SOLUTIONS, INC.<br>                    Defendant(s) | NOTICE OF DEFICIENCY REGARDING<br>REQUEST FOR CLERK<br>TO ENTER DEFAULT |

The Clerk's Entry of Default (based upon your request) cannot be signed for the following reasons:

*    Answer was filed by Defendants on:   4/8/21
*    The Affidavit in support of the Entry of Default
*        has not been filed.
*    Other:  Case Caption on the Order does not match the docket sheet.

Dated: 6/15/21

*Mary A. Schott*

Mary A. Schott
Clerk of Court