HUTCHISON & STEFFEN
Brenoch Wirthlin (Bar No. 10282)
Traci L. Cassity (Bar No. 9648)
10080 w. Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
Email: bwirthlin@fclaw.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| *In Re:*<br><br>THOMAS DELON LUKOW and GAYLE S. LUKOW,<br><br>        Debtors. | Case No.: 20-16239-nmc<br><br>Chapter 7<br><br>Adv. Proc. No.: 21-01033-nmc |
| LA PALOMA FUNERAL SERVICES, LLC, a Nevada limited liability company, SIMPLE CREMATION, INC., a Nevada corporation; LA PALOMA PET CREMATION, INC., a Nevada corporation; BBBO, LLC, a Nevada limited liability company,<br><br>        Plaintiffs,<br>vs.<br><br>THOMAS DELON LUKOW, an individual; PROSTAR SOLUTIONS, INC., a Nevada corporation,<br><br>        Defendants. | **AFFIDAVIT OF BRENOCH R. WIRTHLIN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

///

///

///

|  |  |
|---|---|
| STATE OF NEVADA | ) |
|  | ) ss: |
| COUNTY OF CLARK | ) |

Brenoch R. Wirthlin who after first being duly sworn, deposes and says:

1. I am an attorney licensed to practice in the State of Nevada and counsel for Plaintiffs herein.

2. I make this declaration on my own personal knowledge, except as otherwise set forth herein.

3. On March 8, 2021, Plaintiffs filed their Adversary Complaint in this matter. *See* Doc. No. 1.

4. On March 16, 2021, Defendant Prostar Solutions, Inc. was served with the Plaintiff's Adversary Complaint. *See* Declaration of Service, Doc. Nos. 5 and 6.

5. While defendant Thomas Delon Lukow answered the complaint, Defendant Prostar Solutions, Inc., has failed to appear or otherwise plead or respond to the Adversary Complaint. *See* Court's docket, generally.

6. Accordingly, pursuant to FRCP 55(a), made applicable to this proceeding through FRBP 55, Plaintiffs request that default be entered against Defendant Prostar Solutions, Inc.

Dated this 17th day of June, 2021.

Brenoch R. Wirthlin, Esq

SUBSCRIBED and sworn to before me this _17th_ day of _June_, 2021.

_Danielle Kelley_
Notary Public

DANIELLE KELLEY
Notary Public, State of Nevada
No. 05-100321-1
My Appt. Exp. July 11, 2024